

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00378-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

San Juana Margarita **HERRERA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVK001663D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Texas Department of Public Safety.

SIGNED September 11, 2013.

_____
Karen Angelini, Justice